# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 19-02420-ESL |
|---|---|
| CLAUDINE LEWIS RIVERA | CHAPTER 13 |
| Debtor(s) | |

**MOTION REQUESTING ORDER FOR AUTHORIZATION TO BEGIN EVALUATION WITH Puerto Rico Homeowner Assistance Program (PRHAP)**

**TO THE HONORABLE COURT:**

Come now Debtor(s), represented by the undersigned attorney, and very respectfully avers and prays as follows:

1. Debtor(s) is/are the owner of a residential property encumbered by a mortgage in favor of creditor.

2. Debtors began to fill the application for the recently created program of Puerto Rico Homeowner Assistance Program (PADHPR). The Puerto Rico Homeowner Assistance Program is a program of the Puerto Rico Housing Financing Authority. PRHAP provides assistance to homeowners to prevent and/or alleviate mortgage delinquencies, defaults, foreclosures, and displacement of homeowners experiencing financial hardship due to the COVID-19 pandemic. However, said program requested an order from this Honorable Court to begin the evaluation with Debtors.

3. Therefore, the undersigned respectfully request an order from the Court authorizing Debtors to begin the evaluation for The Puerto Rico Homeowner Assistance Program.

4. Furthermore, this transaction would not affect any right to creditors according to the plan and is for the benefit of all creditors.

**WHEREFORE** applicant prays from this Honorable Court to take notice of the aforementioned and enter an Order approving authorization for The Puerto Rico Homeowner Assistance Program.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this March 2, 2022.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**EMG Despacho Legal, C.R.L.**
Edificio La Electrónica
Suite 212, Calle Bori 1608
San Juan, Puerto Rico 00927
Tel: (787) 753-0055
Fax: (787) 767-5015

**By: /s/*Edgardo Mangual González*** 
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113
e-mail: lcdomangual@gmail.com

**By: /s/*José L. Jiménez Quiñones***
JOSE L. JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-02420-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Mon May  6 09:32:26 AST 2019 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEELA<br>PO BOX 364508<br>San Juan, PR 00936-4508 |
| CARLOS A VERDEJO AMARO<br>URB LA RIVIERA<br>SO 1410 CALLE 50<br>San Juan, PR 00921-2530 | CONDOMINIO PASEO MONACO<br>500 PASEO MONACO 193<br>Bayamon, PR 00956-9785 | CONVERGENT OUTSOURCING INC<br>PO BOX 1280<br>Oaks, PA 19456-1280 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>San Juan, PR 00902-4140 | FIRST PREMIER BANK<br>PO BOX 5519<br>Sioux Falls, SD 57117-5519 | FIRSTBANK PUERTO RICO<br>PO BOX 11868<br>San Juan, PR 00910-3868 |
| FONDO COOP<br>PO BOX 270131<br>San Juan, PR 00928-2931 | LCDA JULIA PEREZ CARRILLO<br>URB BALDRICH<br>562 CALLE PEDRO BIGAY<br>San Juan, PR 00918-4032 | LCDO EDWIN OCASIO MIRANDA<br>PO BOX 8074<br>Bayamon, PR 00960-8074 |
| MACYS<br>PO BOX 8218<br>MASON, OH 45040-8218 | MCCARTHY BURGES & WOLFF<br>P O BOX 461210<br>Bedford, OH 44146-7020 | NAVIENT<br>123 JUSTISON ST 3RD FL<br>Wilmington, DE 19801-5363 |
| NAVIENT DEPT OF EDUCATION LOAN SERVICING<br>PO BOX 9635<br>Wilkes Barre, PA 18773-9635 | SEARS CITIBANK<br>PO BOX 6282<br>Sioux Falls, SD 57117-6282 | SECRETARY OF HOUSING & URBAN DEVELOPMENT<br>451 7TH STREET SW<br>Washington, DC 20410-0002 |
| SYNCHRONY BANK SAMS CLUB<br>PO BOXX 965005<br>Orlando, FL 32896-5005 | SYNCHRONY TJX<br>PO BOX 965060<br>Orlando, FL 32896-5060 | US DEPARTMENT OF HOUSING AND URBAN DEV<br>451 7TH STREET SW<br>Washington, DC 20410-0002 |
| CLAUDINE LEWIS RIVERA<br>PO BOX 9021679<br>SAN JUAN, PR 00902-1679 | EDGARDO MANGUAL GONZALEZ<br>EMG DESPACHO LEGAL, CRL.<br>EDIFICIO LA ELECTRONICA<br>SUITE 212, CALLE BORI 1608<br> SAN JUAN, PR 00927-6112 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 | |